CSD 1119 [03/26/99]

**UNITED STATES BANKRUPTCY COURT**
Southern District of California

In re

*AVILA PROPERTIES, INC.*     Bankruptcy No. *09-12106-PB11*

Tax I.D.#:
Social Security #:                                        Debtor*

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

A petition under Title 11, United States Code, was filed against you on *AUG 14 2009* in this Bankruptcy Court, requesting an order for relief under Chapter *11* of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk |
|---|
| Clerk, United States Bankruptcy Court<br>Southern District of California<br>325 West "F" Street<br>San Diego, California 92101-6991 |

At the same time, you must also serve a copy of the motion or answer on petitioner's attorney.

| Name and Address of Petitioner's Attorney |
|---|
| *Timothy Anagas, SW Prose*<br>*1119 S. Mission Rd. #102 Fallbrook*<br>*CA 92028* |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Dated: *8/14/09*                    Barry K. Lander, Clerk
                                     By: *Shawna Dahl*_____, Deputy Clerk

---

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005). For joint debtors, set forth both social security numbers.
CSD 1119

CSD 1119 (Page 2) [03/26/99]

# PROOF OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made _____ by:
[date]

[   ]   Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

[   ]   Personal Service - By leaving the documents with the following defendants(s) or an officer or agent of the defendant(s) at:

[   ]   Residence Service - By leaving the documents with the following adult at:

[   ]   Publication - The defendant was served as follows: [describe briefly]

[   ]   State Law - The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
[Date]                                                            [Signature]

| Print Name |
| --- |
| Business Address |
| City            State            ZIP |

CSD 1119