CSD 1119 [03/26/99]

UNITED STATES BANKRUPTCY COURT
Southern District of California

FILED
09 AUG 24 AM 11:53

In re

AVILA PROPERTIES, INC.

Tax I.D.#:
Social Security #:                                    Debtor*

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

A petition under Title 11, United States Code, was filed against you on __AUG 19 2009__

in this Bankruptcy Court, requesting an order for relief under Chapter __11__ of the Bankruptcy Code (Title 11 of the

United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court a motion or answer to the petition

within 20 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk |
|---|
| Clerk, United States Bankruptcy Court<br>Southern District of California<br>325 West "F" Street<br>San Diego, California 92101-6991 |

At the same time, you must also serve a copy of the motion or answer on petitioner's attorney.

| Name and Address of Petitioner's Attorney |
|---|
| TIMOTHY ANDERS SWPRESS<br>1119 S. MISSION RD. #102 FALLBROOK<br>CA 92028 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Barry K. Lander, Clerk

Dated: 8/14/09        By: _Shawna Dahl_, Deputy Clerk

---

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005). For joint debtors, set forth both social security numbers.*
CSD 1119

CSD 1119 (Page 2) [03/26/99]

# PROOF OF SERVICE

I, **Larry McKay**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made **Aug 24 2009** by:
[date]

[✓]  Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

> Avila Properties Inc.
> 4013 Sleeping Indian Rd.
> Fallbrook CA 92028

[ ]  Personal Service - By leaving the documents with the following defendants(s) or an officer or agent of the defendant(s) at:

[ ]  Residence Service - By leaving the documents with the following adult at:

[ ]  Publication - The defendant was served as follows: [describe briefly]

[ ]  State Law - The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

**Aug 24 2009**
[Date]

_L. McKay_
[Signature]

| | |
|---|---|
| Print Name | Larry McKay |
| Business Address | PO Box 1921 |
| City Fallbrook | State CA    ZIP 92088 |

CSD 1119