

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

AVILA PROPERTIES, INC.

Debtor.

BANKRUPTCY NO. 09-12106-PB11

ENTERED SEP 28 2009
FILED SEP 25 2009
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ORDER FOR RELIEF AND ORDER DIRECTING DEBTOR
## TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

On consideration of the involuntary petition filed by Timothy Anders on August 14, 2009, and the summons issued thereon having been served on August 24, 2009, and no answer or other pleading in response thereto having been timely filed, an ORDER FOR RELIEF under Chapter 11 of Title 11 of the United States Code is GRANTED.

IT IS ORDERED that the Debtor file with the Court, WITHIN 15 DAYS of the entry of this order, the schedules and statements required by Federal Rule of Bankruptcy Procedure 1007(b) and (c).

DATED: SEP 25 2009

Judge, United States Bankruptcy Court

### CERTIFICATE OF MAILING

I hereby certify that on this date a copy of the within order was mailed to the following parties in interest, namely:

Avila Properties, Inc., 4613 Sleeping Indian Rd., Fallbrook, CA 92028
Darlene C. Vigil, Barrett Daffin Frappier Treder & Weiss, 20955 Pathfinder Road, Suite 300, Diamond Bar, CA 91765
Timothy Anders, 1119 S. Mission Rd., #102, Fallbrook, CA 92028
United States Trustee, Dept. of Justice, 402 W. Broadway, Ste. 600, San Diego, CA 92101

DATED: 9/25/09

Barry K. Lander, Clerk
By: _____, Deputy Clerk

CSD 1127